IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN T. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. |
| | ) |
| COMTRUST, INC. | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTIVE RELIEF

Plaintiff John T. Bell moves for a Temporary Restraining Order prohibiting defendant Comtrust Inc., from making any transfer or disposition of its assets other than in the ordinary course of business until it satisfies the Award of $594,292 entered by the National Futures Association (NFA) on December 10, 2007 in favor of Plaitnff John T. Bell and against Comtrust Inc. In support, plaintiff submits the attached Affidavit and states:

1. On December 10, 2007, an NFA panel in Chicago entered an Award in favor of John T. Bell and against Comtrust Inc. in the amount of $594,292.00.

2. On December 14, 2007, Comtrust's lawyer telephoned Mr. Bell's lawyer and stated that Comtrust Inc. did not have sufficient assets to pay the Award and would be going out of business with a decision to be made as soon as December 17, 2007, that at most Comtrust Inc. would be in business for a few months, and that the Award could not be paid.

1

3. Yet, according to financial filings with the CFTC, Comtrust Inc. currently has net capital of $1,012,955. See Exhibit A. The status quo is that Comtrust Inc. has this money according to the filing it made with the CFTC. This amount will be sufficient to satisfy the award if no transfers or disposition of assets is made to either conceal assets or to transfer them to corporate insiders or any related entity.

4. Plaintiff Bell is 81 years old and suffers from significant loss of his mental faculties. He can not remember where he went to high school or whether he retired in 1995 or 1965. The award represents a substantial part of his life savings.

5. In addition to the Bell award, Comtrust Inc. is facing an action from the NFA seeking its expulsion from the industry and a fine of up to $250,000. Further, Comtrust's counsel states there are other pending arbitration cases.

6. In order to obtain a temporary restraining order, a plaintiff must meet four requirements: (a) likelihood of success on the merits, (b) irreparable injury, ( c) that the threatened injury to plaintiff outweighs the potential harm to defendant, and (d) that the relief will not be a disservice to the public interest. Chicago Regional Council of Carpenters Welfare Fund v. Johnson, 2006 U.S. Dist. LEXIS 77773 at * 4 (N.D. Ill. 2006).

7. Each element is satisfied here. As in the case of O'Connor v. Powell, 2000 U.S. Dist. LEXIS 8345 (N.D. Ill. 2000), if assets are transferred, plaintiff will suffer irreparable harm. Plaintiff is 81 years old and has lost his mental faculties. He is not in a position to litigate fraudulent concealment cases for the next several years in state courts. According to public filings with the CFTC, Comtrust Inc. can satisfy the Award now if there are no

fraudulent transfers of assets. Yet, counsel for Comtrust states there are not enough assets to pay the Award, that the company is about to close down its business, and Comtrust Inc. refuses to provide plaintiff with any financial information or records. Thus, plaintiff will face immediate and irreparable harm if a temporary restraining order is not issued to preserve the status quo and prevent the transfer of assets or funds.

8. Plaintiff is likely to succeed on the merits of his claim since the Federal Arbitration Act gives federal courts very limited authority to vacate arbitration awards. R. J. O'Brien Associates, Inc. v. Pipkin, 1994 U.S. Dist. LEXIS 3373 (N. D. Ill. 1994) at *2.

9. The threat of injury to Plaintiff outweighs any potential harm to Defendant since Defendant is planning on going out of business according to its lawyer.

10. The public interest is best served by ensuring that NFA members file truthful financial reports with the CFTC and have sufficient net capital on hand to pay customer awards. There will be no public disservice by issuing a temporary restraining order. Freeze orders are appropriate to make sure that injured customers can obtain relief. As stated by the Seventh Circuit in FTC v. World Travel Vacation Brokers, Inc., 861 F. 2d 1020, 1030 (7th Cir. 1988) in affirming a preliminary injunction freezing assets, "... the district court had a duty to ensure that the assets of the corporate defendants were available to make restitution to the injured customers".

Wherefore, plaintiff prays that defendant be temporarily restrained and preliminary enjoined from transferring, dispersing, moving, withdrawing, spending or otherwise

disposing of any funds or assets until it satisfies the aforesaid Award other than payments to trade creditors in the normal course of business.

**John T. Bell**

By _____

December 10, 2007

Howard B. Prossnitz, Esq.
Law Offices of Howard Prossnitz
Suite 2670
200 West Madison Street
Chicago, Illinois 60606
(312) 960-1800
(312) 960-1804 (Fax)
howard@prossnitzlaw.com

James L. Kopecky, P.C.
312 N. Clark Street
Suite 2200
Chicago, IL 60610
312 527-3966
312 527-3968 fax
jim@jlkopecky.com

SELECTED FCM FINANCIAL DATA AS OF
October 31, 2007
FROM REPORTS FILED BY
November 30, 2007

1 of 5

| # | Futures Commission Merchant | B/D? | DSRO | A/O Date | Adjusted Net Capital | Net Capital Requirement | Excess Net Capital | Customers' Seg Required 4d(a)(2) | Customer Amount Pt. 30 Required |
|---|---|---|---|---|---|---|---|---|---|
| | | (a) | (b) | | | (c) | (d) | (e) | (f) |
| 1 | 3D FOREX, LLC | N | NFA | 10/31/2007 | 8,340,374 | 500,000 | 7,840,374 | 0 | 0 |
| 2 | ABBEY NATIONAL SECURITIES INC | Y | NFA | 10/31/2007 | 137,564,765 | 23,533,020 | 114,031,745 | 302,027,507 | 0 |
| 3 | ADM INVESTOR SERVICES INC | N | CBOT | 10/31/2007 | 160,989,606 | 59,592,602 | 101,397,004 | 1,111,588,511 | 43,207,840 |
| 4 | ADVANCED MARKETS INC | N | NFA | 10/31/2007 | 1,322,437 | 1,000,000 | 322,437 | 0 | 0 |
| 5 | ADVANTAGE FUTURES LLC | N | CME | 10/31/2007 | 19,246,883 | 3,536,540 | 15,710,343 | 154,954,961 | 20,837,155 |
| 6 | AG EDWARDS & SONS INC | Y | CBOT | 10/31/2007 | 1,262,701,677 | 33,043,393 | 1,229,658,284 | 266,448,504 | 270,350 |
| 7 | AIG CLEARING CORPORATION | N | NYME | 10/31/2007 | 293,303,386 | 40,598,943 | 252,704,443 | 12,427,362 | 0 |
| 8 | ALARON TRADING CORPORATION | N | CME | 10/31/2007 | 7,288,333 | 3,121,904 | 4,166,429 | 160,344,227 | 6,451,075 |
| 9 | ALPARI (US) LLC | N | NFA | 10/31/2007 | 2,481,626 | 1,000,000 | 1,481,626 | 0 | 0 |
| 10 | BACERA CORPORATION | N | NFA | 10/31/2007 | 2,300,145 | 1,000,000 | 1,300,145 | 0 | 0 |
| 11 | BANC OF AMERICA SECURITIES LLC | Y | CME | 10/31/2007 | 2,116,052,393 | 351,855,130 | 1,764,197,263 | 1,924,982,020 | 14,276,393 |
| 12 | BARCLAYS CAPITAL INC | Y | NYME | 10/31/2007 | 1,314,404,218 | 389,276,055 | 925,128,163 | 3,630,489,227 | 1,318,533 |
| 13 | BEAR STEARNS & CO INC | Y | NFA | 10/31/2007 | (g) | 549,111,916 | (g) | 2,150,112,316 | 1,495,303,075 |
| 14 | BEAR STEARNS SECURITIES CORP | Y | NFA | 10/31/2007 | 4,425,434,636 | 1,201,022,349 | 3,224,412,287 | 2,843,199,364 | 0 |
| 15 | BGC SECURITIES | Y | CME | 10/31/2007 | 3,748,994 | 500,000 | 3,248,994 | 0 | 765,230,551 |
| 16 | BNP PARIBAS COMMODITY FUTURES INC | N | NYME | 10/31/2007 | 153,340,998 | 99,778,659 | 53,562,339 | 827,622,189 | 235,596,448 |
| 17 | CADENT FINANCIAL SERVICES LLC | N | CME | 10/31/2007 | 6,907,539 | 4,771,199 | 2,136,340 | 204,888,887 | 0 |
| 18 | CALYON FINANCIAL INC | Y | CME | 10/31/2007 | 739,338,990 | 459,645,942 | 279,693,048 | 7,131,518,991 | 0 |
| 19 | CANTOR FITZGERALD & CO | Y | CBOT | 10/31/2007 | 180,681,050 | 2,122,125 | 178,558,925 | 8,304,081 | 0 |
| 20 | CAPITAL MARKET SERVICES LLC | N | NFA | 10/31/2007 | 10,883,200 | 3,928,074 | 6,955,126 | 0 | 0 |
| 21 | CIBC WORLD MARKETS CORP | Y | CME | 10/31/2007 | 1,130,913,238 | 21,119,238 | 1,109,794,000 | 0 | 0 |
| 22 | CITIGROUP GLOBAL MARKETS INC | Y | CBOT | 10/31/2007 | 2,635,354,234 | 259,928,752 | 2,375,425,482 | 4,506,155,962 | 1,225,474,507 |
| 23 | CLIFF LARSON COMPANY THE | N | CBOT | 10/31/2007 | 728,289 | 500,000 | 228,289 | 0 | 0 |
| 24 | CMC MARKETS (US) LLC | N | NFA | 10/31/2007 | 939,865 | 539,137 | 400,728 | 10,157,630,616 | 429,806,331 |
| 25 | COMTRUST INC | N | NFA | 10/31/2007 | 2,139,494 | 1,000,000 | 1,139,494 | 10,352,717 | 0 |
| 26 | COUNTRY HEDGING INC | N | NFA | 10/31/2007 | 1,012,955 | 586,139 | 426,816 | 12,919,827 | 0 |
| 27 | CREDIT SUISSE SECURITIES (USA) LLC | Y | NFA | 10/31/2007 | 18,061,439 | 10,545,405 | 7,516,034 | 134,272,255 | 0 |
| 28 | CROSSLAND LLC | N | CBOT | 10/31/2007 | 5,197,669,065 | 185,952,652 | 5,011,716,413 | 1,764,485,273 | 980,409,484 |
| 29 | CUNNINGHAM COMMODITIES LLC | N | CBOT | 10/31/2007 | 3,630,929 | 500,000 | 3,130,929 | 13,676,901 | 0 |
| 30 | DAIWA SECURITIES AMERICA INC | Y | CBOT | 10/31/2007 | 222,476,164 | 2,345,625 | 220,130,539 | 25,836,429 | 103,035 |
| 31 | DEUTSCHE BANK SECURITIES INC | Y | CBOT | 10/31/2007 | 3,359,255 | 894,471 | 2,464,784 | 6,677,775 | 1,138,811 |
| 32 | DIRECT FOREX LLC | N | NFA | 10/31/2007 | 1,246,738 | 500,000 | 746,738 | 0 | 0 |
| 33 | DORMAN TRADING LLC | N | NFA | 10/31/2007 | 10,517,866 | 500,000 | 10,017,866 | 0 | 0 |
| 34 | DUNAVANT COMMODITY CORP | N | NFA | 10/31/2007 | 10,646,645 | 500,000 | 10,146,645 | 236,188,752 | 94,982 |
| 35 | E FX OPTIONS LLC | N | NFA | 10/31/2007 | 37,061,053 | 1,235,105 | 35,825,948 | 47,041,161 | 0 |
| 36 | EAGLE MARKET MAKERS INC | N | CBOT | 10/31/2007 | 4,530,543 | 1,000,000 | 3,530,543 | 0 | 0 |
| 37 | EASY FOREX US LTD | N | CBOT | 10/31/2007 | 5,500,559 | 500,000 | 5,000,559 | 10,532,718 | 0 |
| 38 | ED &F MAN COMMODITY ADVISORS INC | N | CBOT | 10/31/2007 | 3,789,605 | 2,000,000 | 1,789,605 | 0 | 0 |
| 39 | ELECTRONIC BROKERAGE SYSTEMS LLC | N | NFA | 10/31/2007 | 1,246,738 | 500,000 | 746,738 | 0 | 0 |
| 40 | ENSKILDA FUTURES LTD | N | CME | 10/31/2007 | 20,772,977 | 9,082,902 | 11,690,075 | 35,612,832 | 0 |
| 41 | FARR FINANCIAL INC | N | NFA | 10/31/2007 | 1,482,426 | 583,132 | 899,294 | 0 | 156,683 |
| 42 | FC STONE LLC | N | CME | 10/31/2007 | 86,747,911 | 41,771,267 | 44,976,644 | 954,485,935 | 4,709,718 |
| 43 | FIMAT USA LLC | Y | NYME | 10/31/2007 | 606,236,459 | 473,240,095 | 132,996,364 | 6,965,977,129 | 1,989,220,642 |
| 44 | FIRST CAPITOL GROUP LLC | N | NFA | 10/31/2007 | 6,480,456 | 1,775,377 | 4,705,079 | 73,096,569 | 0 |
| 45 | FOREX CAPITAL MARKETS LLC | N | NFA | 10/31/2007 | 65,255,249 | 13,407,759 | 51,847,490 | 0 | 87,999 |
| 46 | FOREX CLUB FINANCIAL COMPANY INC | N | NFA | 10/31/2007 | 3,320,420 | 1,000,000 | 2,320,420 | 0 | 0 |