IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN T. BELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. |
| COMTRUST, INC. | ) ) ) |
| Defendant. | ) |

AFFIDAVIT OF HOWARD B. PROSSNITZ IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTIVE RELIEF

State of Illinois    )
                     )  ss
County of Cook       )

Howard Prossnitz, being duly sworn, states:

1. I am attorney licensed in Illinois and admitted to this court in 1976.

2. The statements in the Motion for Temporary Restraining Order and Preliminary Injunctive Relief are true and correct to the best of my knowledge.

*[signature]*

Signed to and Sworn to
Before me this 17th day of December 2007.

*[signature]*
Notary Public

OFFICIAL SEAL
ROBERT M BIRNDORF
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/24/10