IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN T. BELL, )  | |
| )  | |
| Plaintiff, )  | |
| )  | |
| vs. )  | No.  07 CV 7086 |
| )  | |
| )  | Judge Darrah |
| COMTRUST, INC. )  | |
| )  | Magistrate Keys |
| Defendant. )  | |

**Notice of Motion**

To: Gary Sinclair, Esq.
 2043 N. Mohawk
 Chicago, IL 60614
 Fax 773 871 8534

 Comtrust Inc.
 2999 NE 191st Street
 Suite 601
 Aventura, FL 33180
 Fax 305 940-1910

 Please Take Notice that on Wednesday, December 19, 2007, at 9:00 a.m. or as soon thereafter as we may be heard, we shall appear before the Honorable Judge Darrah, Room 1203, United States Courthouse, 219 South Dearborn, Chicago, Illinois and present the attached Motion for Temporary Restraining Order and Preliminary Injunctive Relief.

 John T. Bell

 By _____

December 18, 2007

Howard B. Prossnitz, Esq.
Law Offices of Howard Prossnitz
Suite 2670
200 West Madison Street
Chicago, Illinois 60606
(312) 960-1800
(312) 960-1804 (Fax)
howard@prossnitzlaw.com

James L. Kopecky, P.C.
312 N. Clark Street
Suite 2200
Chicago, IL 60610
312 527-3966
312 527-3968 fax
jim@jlkopecky.com

## Certificate of Service

I, Howard Prossnitz, an attorney certify that I served a copy of the foregoing on the foregoing persons by fax and federal express on this 18th day of December, 2007.

_/s/ Howard P._