FILED
DECEMBER 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:
John T. Bell   vs.   Comtrust

**JUDGE DARRAH**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff John T. Bell

**07 C 7086**

| | |
|---|---|
| NAME (Type or print)  Howard B. Prossnitz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Howard B. Prossnitz | |
| FIRM  Law Offices of Howard Prossnitz | |
| STREET ADDRESS  200 West Madison   Ste 2670 | |
| CITY/STATE/ZIP  Chicago IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  IL 2258927 | TELEPHONE NUMBER  312 960-1800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |