# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7086 | **DATE** | 12/19/2007 |
| **CASE TITLE** | John T. Bell vs. Comtrust, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for a temporary restraining order [2] is entered and continued for a preliminary injunction hearing on 1/15/08 at 10:00 a.m. Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | MF |
|---|---|---|