IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JOHN T. BELL,

    Plaintiff,

v.                No. 07 CV 7086

COMTRUST, INC.      Judge Darrah

    Defendant.      Magistrate Keys

AGREED ORDER

This matter comes to be heard upon Plaintiff's Motion For Temporary Restraining Order and Preliminary Injunctive Relief. By the agreement of the parties, it is hereby ordered that:

1.      Comtrust shall, absent further order of court, maintain $600,000.00 in capital until a preliminary injunction hearing is held on January 15, 2008 at 10:00 a.m..

2.      Comtrust's agreement to this order is without prejudice to its right to seek judicial relief from it prior to January 15, 2008, so long as that application is preceded by reasonable notice to Plaintiff. The parties further acknowledge that Comtrust's agreement to this Order does not, overtly or tacitly, concede the merit of any aspect of Plaintiff's Motion or waive any argument or position that may be advanced in opposition to the Motion or contentions raised therein.

Date: 12/20/07 (nunc pro tunc to 12/19/07)

Entered: _____
          Judge Darrah

Gary M. Sinclair
Attorney at Law
2043 N. Mohawk street
Chicago, IL 60614
773-871-4389
773-871-8534 Fax
gary@garyslaw.com