IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN BELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | No. 07 CV 7086 |
| COMTRUST, INC., ) | Judge Darrah |
| Defendant. ) | |

NOTICE OF MOTION

To: Mr. Howard Prossnitz,          James L. Kopecky P.C.
 200 W. Madison Street            312 N. Clark Street
 Chicago, IL 60606                Suite 2200,
                                  Chicago, Il 60610

Please take notice that on Tuesday , January 15, 2008 at 9:00 a.m., the undersigned shall appear before the Honorable John D, 219 S. Dearborn Street, Chicago, Illinois, 60602, Courtroom 1203 and present Comtrust's Motion For Extension Of Time To File Its Memorandum In Opposition To The Petition To Confirm Arbitration Award And In Support Of Its Request For Vacatur Of That Award.

Respectfully submitted,

 /s/ Andrew Staes
STAES & SCALLAN, P.C.
111 W. Washington
Chicago, IL 60602
(312) 201-8969

Gary M. Sinclair
2043 N. Mohawk Street
Chicago, IL 60614
(773) 871-4389

CERTIFICATE OF SERVICE

    I, Andrew Staes, hereby certify that I have caused a copy of the foregoing Notice of Motion to be served electronically upon Mr. Howard Prossnitz, 200 W. Madison Street, Chicago, IL 60606 and Mr. James Kopecky, James L. Kopecky P.C., 312 N. Clark Street, Suite 2200, Chicago, Il 60610 on January 4, 2008.

                                      /s/ Andrew Staes
                                      ANDREW STAES