IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN T. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 CV 7086 |
| ) | |
| COMTRUST, INC. ) | Judge Darrah |
| ) | |
| Defendant. ) | |

### Plaintiff's Motion for Expedited Production of Financial Records

Plaintiff John T. Bell moves that Defendant Comtrust Inc. produce within 10 days financial records sufficient to explain why it does not have sufficient funds to pay a $594,292 customer arbitration award when Comtrust filed financial data with the CFTC on November 30, 2007 stating that it has net capital of $1,012,955.

In support, plaintiff states:

1. On December 10, 2007, a three person National Futures Association Panel entered an award of $594,292 in favor of Plaintiff. Plaintiff is 81 years old, suffers from substantial loss of his mental faculties, and lost most of his life savings through Comtrust. He lost close to $800,000 with $575,932 charged in fees and commissions in a few months.

2. The award was payable under NFA rules on January 10, 2008. Comtrust failed to pay it. The NFA has filed a Notice and Order of Suspension of Membership against Comtrust which will suspend it from the indusrty until it pays this award. See Exhibit A hereto. Further, this Court entered an Order dated December 20, 2007 requiring

1

Comtrust to maintain $600,000 in capital.

3. Futures commission merchants such as Comtrust Inc. are required to maintain minimum net capital for the precise purpose of ensuring that customer awards such as the one in favor of plaintiff can be paid. According to Comtrust's filing with the CFTC on November 30, 2007, it had minimum net capital of $586,139 plus excess net capital of $426,816 for a total of $1,012,955. See Exhibit B. Therefore, it is not clear why Comtrust states that it does not have adequate money to pay the award of $594,292.

4. Plaintiff requests that Comtrust Inc. produce the following statements within ten days:

a. Current income statement and balance sheet;

b. Current statement of assets including cash and liquid securities;

c. All documents relating to how Comtrust calculated its net capital as $1,012,955 as of October 31, 2007 in its filing with the CFTC;

d. All documents relating to Comtrust's current adjusted net capital, net capital requirement and excess net capital.

Wherefore, plaintiffs moves that defendant be ordered to produce the aforesaid books and records on or before January 31, 2008.

**Plaintiff John T. Bell**

By_____

January 11, 2008

Howard B. Prossnitz, Esq.
Law Offices of Howard Prossnitz
Suite 2670
200 West Madison Street
Chicago, Illinois 60606
(312) 960-1800
(312) 960-1804 (Fax)
howard@prossnitzlaw.com

James L. Kopecky, P.C.
312 N. Clark Street
Suite 2200
Chicago, IL 60610
312 527-3966
312 527-3968 fax
jim@jlkopecky.com

## Certificate of Service

I, Howard Prossnitz, an attorney served a copy of the foregoing on the following attorneys electronically and by fax on this 11th day of January, 2008:

    Andrew Staes, Esq.
    Suite 1631
    111 West Washington
    Chicago, IL 60602
    fax 312 201 9233

    Gary Sinclair, Esq.
    2043 N. Mohawk
    Chicago, IL 60614
    fax 773 871-4389

_/s/ Howard Prossnitz_



BEFORE THE
NATIONAL FUTURES ASSOCIATION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| Comtrust, Inc. | ) | Case No. 06-ARB-61 |
| (NFA ID #0346967) | ) | |

### NOTICE AND ORDER OF SUSPENSION OF
### MEMBERSHIP PURSUANT TO NFA CODE OF ARBITRATION SECTION 10(g)

National Futures Association ("NFA") hereby notifies Comtrust Inc. ("Comtrust") that the President of NFA has determined that Comtrust should be summarily suspended from NFA Membership pursuant to NFA Code of Arbitration Section 10(g) due to its failure to pay the Award in the NFA arbitration proceeding captioned, <u>Bell v. Comtrust, Inc., et al.</u>, Case Number <u>06-ARB-61</u>.

On December 10, 2007, NFA served the Award on Comtrust, Inc. On January 10, 2008, NFA was informed that the Award has not been paid.

The suspension shall become effective thirty (30) days from the date of this Notice and Order unless NFA receives evidence that Comtrust has satisfied the Award, posted a bond in accordance with Section 10(g) of the Code or complied with other terms in lieu of the bond that are acceptable to the Claimant in this matter. The suspension will remain in effect until NFA receives evidence that Comtrust has either satisfied the Award, posted a bond in accordance with Section 10(g) of the code or complied with other terms in lieu of the bond that are acceptable to the Claimant. This evidence should be addressed to:

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois 60606
Attn: Arbitration Department

*Exhibit A*

-2-

Be advised that NFA Compliance Rule 2-6 prohibits a Member from conducting futures-related business with a suspended Member or Associate Member of NFA and prohibits the suspended Member or Associate Member from holding himself out as a Member or Associate Member in good standing.

Date: January 11, 2008

By: _____
Daniel J. Roth, President



### AFFIDAVIT OF SERVICE

I Elizabeth C. Sheridan, on oath state that on January 11, 2008, I served a copy of the attached Notice and Order of Suspension of Membership pursuant to NFA Code of Arbitration Section 10(g) by sending a copy via Federal Express, overnight service, in an envelope addressed as follows:

Mr. Timothy Redding  
Comtrust, Inc.  
2999 N.E. 191 Street  
Suite 601  
Aventura, Florida  33180

Mr. Gary Sinclair  
Attorney at Law  
2043 N. Mohawk Street  
Chicago, Illinois  60614

_Elizabeth C. Sheridan_  
Elizabeth C. Sheridan

Subscribed and sworn to before me this 11th day January, 2008.

_____  
Notary Public

OFFICIAL SEAL  
Judy Jenks  
Notary Public, State of Illinois  
My Commission Expires 05-28-08

SELECTED FCM FINANCIAL DATA AS OF
October 31, 2007
FROM REPORTS FILED BY
November 30, 2007

| # | Futures Commission Merchant | B/D? | DSRO | A/O Date | Adjusted Net Capital | Net Capital Requirement | Excess Net Capital | Customers' Seg Required 4d(a)(2) | Customer Amount Pt. 30 Required |
|---|---|---|---|---|---|---|---|---|---|
| | | (a) | (b) | | (c) | | (d) | (e) | (f) |
| 1 | 3D FOREX, LLC | N | NFA | 10/31/2007 | 8,340,374 | 500,000 | 7,840,374 | 0 | 0 |
| 2 | ABBEY NATIONAL SECURITIES INC | Y | NFA | 10/31/2007 | 137,564,765 | 23,533,020 | 114,031,745 | 302,027,507 | 0 |
| 3 | ADM INVESTOR SERVICES INC | N | CBOT | 10/31/2007 | 160,988,606 | 59,592,602 | 101,397,004 | 1,111,588,511 | 43,207,840 |
| 4 | ADVANCED MARKETS INC | N | NFA | 10/31/2007 | 1,322,437 | 1,000,000 | 322,437 | 0 | 0 |
| 5 | ADVANTAGE FUTURES LLC | N | CME | 10/31/2007 | 19,246,883 | 3,536,540 | 15,710,343 | 154,954,961 | 20,837,155 |
| 6 | AG EDWARDS & SONS INC | Y | CBOT | 10/31/2007 | 1,262,701,677 | 33,043,393 | 1,229,658,284 | 266,448,504 | 270,350 |
| 7 | AIG CLEARING CORPORATION | Y | NYME | 10/31/2007 | 293,303,386 | 40,598,943 | 252,704,443 | 12,427,362 | 0 |
| 8 | ALARON TRADING CORPORATION | N | CME | 10/31/2007 | 7,288,333 | 3,121,904 | 4,166,429 | 160,344,227 | 6,451,075 |
| 9 | ALPARI (US) LLC | N | NFA | 10/31/2007 | 2,481,626 | 1,000,000 | 1,481,626 | 0 | 0 |
| 10 | BACERA CORPORATION | N | NFA | 10/31/2007 | 2,300,145 | 1,000,000 | 1,300,145 | 0 | 0 |
| 11 | BANC OF AMERICA SECURITIES LLC | Y | CME | 10/31/2007 | 2,116,052,393 | 351,855,130 | 1,764,197,263 | 1,924,982,020 | 14,276,393 |
| 12 | BARCLAYS CAPITAL INC | Y | NYME | 10/31/2007 | 1,314,404,218 | 389,276,055 | 925,128,163 | 3,630,489,227 | 2,150,112,316 |
| 13 | BEAR STEARNS & CO INC | Y | NFA | 10/31/2007 | 7,288,333 | 3,121,904 | 4,166,429 | 160,344,227 | 6,451,075 |
| 14 | BEAR STEARNS SECURITIES CORP | Y | CME | 10/31/2007 | 4,425,434,636 | (g) | (g) | (g) | (g) |
| 15 | BGC SECURITIES | N | NFA | 10/31/2007 | 3,748,994 | 549,111,916 | 3,224,412,287 | 2,843,199,364 | 765,230,551 |
| 16 | BNP PARIBAS COMMODITY FUTURES INC | N | NYME | 10/31/2007 | 153,340,998 | 99,778,659 | 53,562,339 | 827,622,189 | 235,596,448 |
| 17 | CADENT FINANCIAL SERVICES LLC | N | CME | 10/31/2007 | 6,907,539 | 4,771,199 | 2,136,340 | 204,888,687 | 1,318,533 |
| 18 | CALYON FINANCIAL INC | N | CME | 10/31/2007 | 739,338,990 | 459,645,942 | 279,693,048 | 7,131,518,991 | 1,495,303,075 |
| 19 | CANTOR FITZGERALD & CO | Y | CBOT | 10/31/2007 | 180,681,050 | 2,122,125 | 178,558,925 | 8,304,081 | 0 |
| 20 | CAPITAL MARKET SERVICES LLC | N | NFA | 10/31/2007 | 10,883,200 | 3,928,074 | 6,955,126 | 0 | 0 |
| 21 | CIBC WORLD MARKETS CORP | Y | CBOT | 10/31/2007 | 1,130,913,238 | 21,119,238 | 1,109,794,000 | 6,677,775 | 1,138,811 |
| 22 | CITIGROUP GLOBAL MARKETS INC | Y | NFA | 10/31/2007 | 2,635,354,234 | 259,928,752 | 2,375,425,482 | 4,506,155,962 | 1,225,474,507 |
| 23 | CLIFF LARSON COMPANY THE | N | CBOT | 10/31/2007 | (g) | 865,197,852 | (g) | 0 | 0 |
| 24 | CMC MARKETS (US) LLC | N | NFA | 10/31/2007 | 939,865 | 539,137 | 400,728 | 10,157,630,616 | 429,806,331 |
| 25 | COMTRUST INC | N | NFA | 10/31/2007 | 2,139,494 | 1,000,000 | 1,139,494 | 10,352,717 | 0 |
| 26 | COUNTRYHEDGING INC | Y | NFA | 10/31/2007 | 1,012,955 | 586,139 | 426,816 | 12,919,827 | 0 |
| 27 | CREDIT SUISSE SECURITIES (USA) LLC | Y | NFA | 10/31/2007 | 18,061,439 | 10,545,405 | 7,516,034 | 194,272,255 | 0 |
| 28 | CROSSLAND LLC | N | CBOT | 10/31/2007 | 5,197,669,065 | 185,952,652 | 5,011,716,413 | 1,764,485,273 | 980,409,484 |
| 29 | CUNNINGHAM COMMODITIES LLC | N | CBOT | 10/31/2007 | 3,630,929 | 500,000 | 3,130,929 | 13,676,901 | 0 |
| 30 | DAIWA SECURITIES AMERICA INC | N | CBOT | 10/31/2007 | 3,359,255 | 894,471 | 2,464,784 | 25,836,429 | 103,035 |
| 31 | DEUTSCHE BANK SECURITIES INC | Y | CBOT | 10/31/2007 | 222,476,164 | 2,345,625 | 220,130,539 | 6,677,775 | 0 |
| 32 | DIRECT FOREX LLC | N | CME | 10/31/2007 | 5,500,559 | 500,000 | 5,000,559 | 10,532,718 | 0 |
| 33 | DORMAN TRADING LLC | N | NFA | 10/31/2007 | 3,789,605 | 2,000,000 | 1,789,605 | 0 | 0 |
| 34 | DUNAVANT COMMODITY CORP | N | NFA | 10/31/2007 | 1,246,738 | 500,000 | 746,738 | 0 | 0 |
| 35 | E FX OPTIONS LLC | N | NFA | 10/31/2007 | 10,517,866 | 500,000 | 10,017,866 | 0 | 0 |
| 36 | EAGLE MARKET MAKERS INC | N | CBOT | 10/31/2007 | 4,530,543 | 1,000,000 | 3,530,543 | 0 | 0 |
| 37 | EASY FOREX US LTD | N | NFA | 10/31/2007 | 37,061,053 | 1,235,105 | 35,825,948 | 47,041,161 | 94,982 |
| 38 | ED & F MAN COMMODITY ADVISORS INC | N | NFA | 10/31/2007 | 10,646,645 | 500,000 | 10,146,645 | 0 | 0 |
| 39 | ELECTRONIC BROKERAGE SYSTEMS LLC | Y | NFA | 10/31/2007 | 728,289 | 500,000 | 228,289 | 0 | 0 |
| 40 | ENSKILDA FUTURES LTD | N | NFA | 10/31/2007 | 20,772,977 | 9,082,902 | 11,690,075 | 236,188,752 | 0 |
| 41 | FARR FINANCIAL INC | N | NFA | 10/31/2007 | 1,482,426 | 583,132 | 899,294 | 35,612,832 | 156,683 |
| 42 | FC STONE LLC | N | CME | 10/31/2007 | 86,747,911 | 41,771,267 | 44,976,644 | 954,485,935 | 4,709,718 |
| 43 | FIMAT USA LLC | Y | NYME | 10/31/2007 | 606,236,459 | 473,240,095 | 132,996,364 | 6,965,977,129 | 1,989,220,642 |
| 44 | FIRST CAPITOL GROUP LLC | N | NFA | 10/31/2007 | 6,480,456 | 1,775,377 | 4,705,079 | 73,096,569 | 87,999 |
| 45 | FOREX CAPITAL MARKETS LLC | N | NFA | 10/31/2007 | 65,255,249 | 13,407,759 | 51,847,490 | 0 | 0 |
| 46 | FOREX CLUB FINANCIAL COMPANY INC | N | NFA | 10/31/2007 | 3,320,420 | 1,000,000 | 2,320,420 | 0 | 0 |

1 of 5

Exhibit B