IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN T. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 CV 7086 |
| ) | |
| COMTRUST, INC. ) | Judge Darrah |
| ) | |
| Defendant. ) | |

### Notice of Motion

To: Attached Service List

Please Take Notice that on January 15, 2008 at 10:00 a.m., Plaintiff will present the attached Motion for Expedited Production of Financial Records before Judge Darrah, Room 1203, U.S. District Courthouse, 219 South Dearborn, Chicago, Illinois.

**Plaintiff**

By /s/ Howard Prossnitz

Howard B. Prossnitz, Esq
Law Offices of Howard Prossnitz
200 West Madison Street
Suite 2670
Chicago, Illinois 60606
Telephone: (312) 960-1800
Fax: (312) 960-1804
howard@prossnitzlaw.com

Dated: January 11, 2008

1

## Certificate of Service

I, Howard Prossnitz, an attorney served a copy of the foregoing on the following attorneys electronically and by fax on this 11th day of January, 2008:

Andrew Staes, Esq.
Suite 1631
111 West Washington
Chicago, IL 60602
fax 312 201 9233

Gary Sinclair, Esq.
2043 N. Mohawk
Chicago, IL 60614
fax 773 871-4389

_____