## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7086 | **DATE** | 1/15/2008 |
| **CASE TITLE** | Bell vs. Comtrust | | |

**DOCKET ENTRY TEXT**

Preliminary injunction hearing set for 1/15/08 is vacated. The temporary restraining order previously entered is adopted by agreement of the parties. Plaintiff's motion for expedited referral of financial records [13] is granted. Compliance is ordered by 1/29/08. Defendant's motion for an extension of time to file its memorandum in opposition to the petition to confirm arbitration award and in support of its request for vacatur of that award [10] is denied. Plaintiff's petition to confirm the arbitration award [1] is entered and briefed as follows: defendant is granted leave to file a supplemental response brief by 1/29/08, reply by 2/12/08. Status hearing set for 4/3/08 at 9:00 a.m.

00:20

| | Courtroom Deputy Initials: | MF |
|---|---|---|