

Defendant's
Exhibit D

# FAX COVER SHEET

Date: December 11, 2007

To: Gary Sinclair

Fax #: (773) 871-8534

From: Heather Cook
National Futures Association

Fax #: (312) 781-7661
Phone #: (312) 781-1481

Number of pages including cover sheet: 4

Message: 06-ARB-61

# NFA  NATIONAL FUTURES ASSOCIATION

December 11, 2007

**VIA FACSIMILE & FEDERAL EXPRESS**
Mr. Gary Sinclair
Attorney at Law
2043 N. Mohawk Street
Chicago, Illinois 60614

Re: <u>06-ARB-61</u> – <u>Bell v. Protrade Futures & Options, et al.</u>

Dear Mr. Sinclair:

Enclosed is a copy of the decision rendered by the Arbitrators in the above referenced matter. Section 10(g) of the Code of Arbitration requires that NFA arbitration Awards be complied with within thirty (30) days from the date of transmittal of the Award by NFA.

Your comments and opinions are vital in helping NFA provide high quality arbitration and mediation services. Therefore, to help us evaluate our services, please complete the enclosed questionnaire and return it to NFA via fax at (312) 781-1467.

If you have any questions regarding this matter, please contact me at (312) 781-1481.

Sincerely,

Heather A. Cook
Senior Case Analyst

hab/06arb61awd

Enclosures

cc: Timothy Redding (via mail only)



NATIONAL FUTURES ASSOCIATION

| | |
|---|---|
| In the Matter of the Arbitration Between )<br>)<br>John T. Bell, )<br>    Claimant, )<br>)<br>  v. )<br>)<br>Alaron Trading Corporation, )<br>Comtrust, Inc., Protrade Futures & Options, )<br>Corporate Commodities, Inc, and )<br>Mitchell Goldberg, )<br>    Respondents. ) | AWARD |

Re: <u>06-ARB-61</u>

  The following issues were presented to and decided by the undersigned arbitrators: Breach of Contract, Breach of Fiduciary Duty, Negligent Misrepresentation, Failure to Supervise, Fraud, Violations of the CEA 7 U.S.C. Section 1, et al., Violation of NFA Compliance Rules 2-2 and 2-4, Violation of Illinois Consumer Fraud and Deceptive Business Practices Act 815 ILCS 505/2, Claimant's Motion for Default against Mitchell Brad Goldberg, Protrade Futures & Options, and Corporate Commodities, Inc., Claimant's request for punitive damages, interest, costs and attorney's fees, Alaron Trading Corporation's Motion for Summary Judgment against John T. Bell, and Respondents' request for costs and attorney's fees.

  At the end of the Claimant's case in chief, Respondents Alaron Trading Corporation and Comtrust, Inc. each raised Motions for Directed Verdict. After hearing oral argument and reviewing post hearing briefs from the Claimant and Respondents, the Panel hereby grants the Motion with respect to Alaron Trading Corporation only. Therefore, John Bell's claims against Alaron Trading Corporation are denied and dismissed with prejudice.

  We, being the arbitrators appointed to review and determine this matter in accordance with the Code of Arbitration of National Futures Association deny Alaron Trading Corporation's Motion for Summary Judgment and grant Claimant's Motion for Default. We hereby determine that the following relief shall be granted.

  Comtrust, Inc., Corporate Commodities, Inc, Protrade Futures & Options, and Mitchell Goldberg are jointly and severally liable for the following award and shall pay to John T. Bell:

| | | |
|---|---|---|
| Compensatory Damages | $ | 594,292.00 |
| Punitive Damages | $ | 0.00 |
| Treble Damages | $ | 0.00 |
| Interest | $ | 0.00 |
| Attorney's Fees | $ | 0.00 |
| Other Costs | $ | 0.00 |
| Total Amount of Award | $ | 594,292.00 |

All other relief requested is hereby denied, and each party shall bear its own costs and fees as incurred.

_[signature]_
Daniel Formeller, Chairman                 Date: December 10, 2007


_____             Date: December 10, 2007
Mark I. Dunaevsky, Arbitrator


_____             Date: December 10, 2007
Timothy J. Lankford, Arbitrator



## NATIONAL FUTURES ASSOCIATION

In the Matter of the Arbitration Between )
)
John T. Bell, )
          Claimant, )
)     AWARD
v. )
)
Alaron Trading Corporation, )
Comtrust, Inc., Protrade Futures & Options, )
Corporate Commodities, Inc, and )
Mitchell Goldberg, )
          Respondents. )

Re:  06-ARB-61

    The following issues were presented to and decided by the undersigned arbitrators: Breach of Contract, Breach of Fiduciary Duty, Negligent Misrepresentation, Failure to Supervise, Fraud, Violations of the CEA 7 U.S.C. Section 1, et al., Violation of NFA Compliance Rules 2-2 and 2-4, Violation of Illinois Consumer Fraud and Deceptive Business Practices Act 815 ILCS 505/2, Claimant's Motion for Default against Mitchell Brad Goldberg, Protrade Futures & Options, and Corporate Commodities, Inc., Claimant's request for punitive damages, interest, costs and attorney's fees, Alaron Trading Corporation's Motion for Summary Judgment against John T. Bell, and Respondents' request for costs and attorney's fees.

    At the end of the Claimant's case in chief, Respondents Alaron Trading Corporation and Comtrust, Inc. each raised Motions for Directed Verdict. After hearing oral argument and reviewing post hearing briefs from the Claimant and Respondents, the Panel hereby grants the Motion with respect to Alaron Trading Corporation only. Therefore, John Bell's claims against Alaron Trading Corporation are denied and dismissed with prejudice.

    We, being the arbitrators appointed to review and determine this matter in accordance with the Code of Arbitration of National Futures Association deny Alaron Trading Corporation's Motion for Summary Judgment and grant Claimant's Motion for Default. We hereby determine that the following relief shall be granted.

    Comtrust, Inc., Corporate Commodities, Inc, Protrade Futures & Options, and Mitchell Goldberg are jointly and severally liable for the following award and shall pay to John T. Bell:

| | | |
|---|---|---|
| Compensatory Damages | $ | 594,292.00 |
| Punitive Damages | $ | 0.00 |
| Treble Damages | $ | 0.00 |
| Interest | $ | 0.00 |
| Attorney's Fees | $ | 0.00 |
| Other Costs | $ | 0.00 |
| Total Amount of Award | $ | 594,292.00 |

All other relief requested is hereby denied, and each party shall bear its own costs and fees as incurred.

_____     Date: <u>December 10, 2007</u>
Daniel Formeller, Chairman

*/s/ Mark I. Dunaevsky*     Date: <u>December 10, 2007</u>
Mark I. Dunaevsky, Arbitrator

_____     Date: <u>December 10, 2007</u>
Timothy J. Lankford, Arbitrator



## NATIONAL FUTURES ASSOCIATION

| In the Matter of the Arbitration Between | ) | |
|---|---|---|
| John T. Bell, | ) | |
| Claimant, | ) | |
| | ) | AWARD |
| v. | ) | |
| | ) | |
| Alaron Trading Corporation, | ) | |
| Comtrust, Inc., Protrade Futures & Options, | ) | |
| Corporate Commodities, Inc, and | ) | |
| Mitchell Goldberg, | ) | |
| Respondents. | ) | |

Re:   06-ARB-61

    The following issues were presented to and decided by the undersigned arbitrators: Breach of Contract, Breach of Fiduciary Duty, Negligent Misrepresentation, Failure to Supervise, Fraud, Violations of the CEA 7 U.S.C. Section 1, et al., Violation of NFA Compliance Rules 2-2 and 2-4, Violation of Illinois Consumer Fraud and Deceptive Business Practices Act 815 ILCS 505/2, Claimant's Motion for Default against Mitchell Brad Goldberg, Protrade Futures & Options, and Corporate Commodities, Inc., Claimant's request for punitive damages, interest, costs and attorney's fees, Alaron Trading Corporation's Motion for Summary Judgment against John T. Bell, and Respondents' request for costs and attorney's fees.

    At the end of the Claimant's case in chief, Respondents Alaron Trading Corporation and Comtrust, Inc. each raised Motions for Directed Verdict. After hearing oral argument and reviewing post hearing briefs from the Claimant and Respondents, the Panel hereby grants the Motion with respect to Alaron Trading Corporation only. Therefore, John Bell's claims against Alaron Trading Corporation are denied and dismissed with prejudice.

    We, being the arbitrators appointed to review and determine this matter in accordance with the Code of Arbitration of National Futures Association deny Alaron Trading Corporation's Motion for Summary Judgment and grant Claimant's Motion for Default. We hereby determine that the following relief shall be granted.

    Comtrust, Inc., Corporate Commodities, Inc, Protrade Futures & Options, and Mitchell Goldberg are jointly and severally liable for the following award and shall pay to John T. Bell:

| | | |
|---|---|---:|
| Compensatory Damages | $ | 594,292.00 |
| Punitive Damages | $ | 0.00 |
| Treble Damages | $ | 0.00 |
| Interest | $ | 0.00 |
| Attorney's Fees | $ | 0.00 |
| Other Costs | $ | 0.00 |
| Total Amount of Award | $ | 594,292.00 |

All other relief requested is hereby denied, and each party shall bear its own costs and fees as incurred.

_____  Date: December 10, 2007
Daniel Formeller, Chairman

_____  Date: December 10, 2007
Mark I. Dunaevsky, Arbitrator

_____  Date: December 10, 2007
Timothy J. Lankford, Arbitrator