Defendant's Exhibit F



# FAX COVER SHEET

Date:         January 3, 2008

To:           Gary Sinclair

Fax #:        (773) 871-8534

From:         Heather Cook
              National Futures Association

Fax #:        (312) 781-7661
Phone #:      (312) 781-1481

Number of pages including cover sheet: 2

Message: 06-ARB-61

 
NATIONAL FUTURES ASSOCIATION

January 3, 2008

VIA FASCIMILE & US MAIL

Mr. Gary Sinclair
Attorney at Law
2043 N. Mohawk Street
Chicago, Illinois 60614

Re: 06-ARB-61 – Bell v. Protrade Futures & Options, et al.

Dear Mr. Sinclair:

    NFA has received Comtrust Inc.'s Motion for Modification of Award in this case. We are rejecting the Motion because it is not based on any of the grounds for a modification request under Section 10(c) of the Code of Arbitration.

    If you have any questions, please contact me at (312) 781-1481.

Very truly yours,

Heather Cook
Senior Case Analyst

cc: Howard Prosenitz, Esq.
    Andrew David, Esq.
    Mitchell Goldberg
    Michelle LaBruce