UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN T. BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07 CV 7086 |
| COMTRUST, INC., | ) ) Judge Darrah |
| Defendant. | ) ) ) |

### Notice of Motion

To:   Gary Sinclair, Esq.
      2043 North Mohawk
      Chicago, IL 60614
      Fax: (773) 871-4389

Please Take Notice that on February 26, 2008 at 9:00 a.m., Plaintiff will present the attached Motion to Dismiss Pursuant to Settlement before Judge Darrah, Room 1288, U.S. District Courthouse, 219 South Dearborn, Chicago, Illinois.

**Plaintiff**

By _____

Howard B. Prossnitz, Esq.
Law Offices of Howard Prossnitz
200 West Madison Street
Suite 2670
Chicago, Illinois 60606
Telephone: (312) 960-1800
Fax: (312) 960-1804
howard@prossnitzlaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN T. BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMTRUST, INC., )<br>)<br>Defendant. ) | No. 07 CV 7086<br><br>Judge Darrah |

### PLAINTIFF'S MOTION TO DISMISS PURSUANT TO SETTLEMENT

Plaintiff, through his attorney, requests that this case be dismissed with prejudice as a result of a settlement agreement between the parties.

Plaintiff John T. Bell

By: /s/ Howard B. Prossnitz
Howard B. Prossnitz

Howard B. Prossnitz, Esq.
Law Offices of Howard Prossnitz
Suite 2670
200 West Madison Street
Chicago, Illinois 60606
(312) 960-1800
(312) 960-1804 (fax)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN T. BELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 07 CV 7086 |
| COMTRUST, INC., | ) ) | Judge Darrah |
| Defendant. | ) ) | |

### STIPULATION

Plaintiff John Bell and Defendant Comtrust, Inc. hereby agree that the preliminary injunction in this case can be vacated and the case dismissed with prejudice, all matters in controversy having been fully settled, compromised and adjourned, with each party to bear its own fees and costs.

Plaintiff John Bell

By: /s/ Howard B. Prossnitz

Howard B. Prossnitz, Esq.
Law Offices of Howard Prossnitz
Suite 2670
200 West Madison Street
Chicago, IL 60606
(312) 960-1804 (fax)

Defendant Comtrust, Inc.

By: /s/ Gary Sinclair

Gary Sinclair, Esq.
2043 North Mohawk
Chicago, IL 60614
(773) 871-4389 (fax)

## Certificate of Service

    I, Howard Prossnitz, an attorney, certify that I have served a copy of the foregoing on the following attorneys electronically and by fax on this 8th day of February, 2008:

Gary Sinclair, Esq.
2043 North Mohawk
Chicago, Illinois 60614
Fax: (773) 871-4389